THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Polawana Group,
 LLC, Respondent,
 v.
 Simon Goodwine,
 Robert Goodwine, Simon F. Goodwine, and Albertha Goodwine, Appellants.
 
 
 

Appeal From Beaufort County
 Curtis L. Coltrane, Master-in-Equity 
Unpublished Opinion No. 2009-UP-206
Heard May 12, 2009  Filed May 18, 2009
AFFIRMED

 
 
 
 Glenn Walters and R. Bentz Kirby, of Orangeburg, for Appellants.
 J. T Mikell, of Beaufort, for Respondent.
 
 
 

PER CURIAM: 
 Respondent Polawana Group, LLC (Polawana Group) brought this declaratory
 judgment action against Appellants, Simon Goodwine, Robert Goodwine, Simon F.
 Goodwine, and Albertha Goodwine (the Goodwines), to determine the ownership of
 a parcel of land on Polawana Island in St. Helena Township in Beaufort County. 
 The Goodwines appeal the decision of the master-in-equity declaring Polawana
 Group to be the owner of the disputed parcel.  We affirm pursuant to Rule
 220(b), SCACR, and the following authorities:
1.  As to whether the master erred in relying on the deed conveying the
 disputed parcel to Polawana Group when the deed was not admitted into evidence:  
Hobonny Club, Inc. v.
 McEachern, 272 S.C. 392, 397,
 252 S.E.2d 133, 136 (1979) ("Where a deed describes land as it is shown on a certain
 plat, such plat becomes part of the deed for the purpose of showing the
 boundaries, metes, courses and distances of the property conveyed."); 
Jensen v. Conrad, 292 S.C. 169, 172, 355 S.E.2d 291, 293 (Ct.
 App. 1987) (holding that a judgment will not be reversed for insubstantial
 errors not affecting the result).        
2.  As to whether the master's finding that Polawana Group owned the
 disputed parcel was supported by the evidence:  Townes
 Assocs., Ltd. v. City of Greenville, 266 S.C.
 81, 86, 221 S.E.2d 773, 775 (1976) ("In an action at law, on appeal of a
 case tried without a jury, the findings of fact of the judge will not be
 disturbed upon appeal unless found to be without evidence which reasonably
 supports the judge's findings. ").
AFFIRMED.
HUFF,
 PIEPER, and GEATHERS, JJ., concur.